FILED
CLERK, U.S. DISTRICT COURT
SEP 28 2018
CENTRAL DISTRICT OF CALIFORNIA
BY SLO DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Case No: 18-mj-2495

UNITED STATES OF AMERICA,
    Plaintiff,
v.
Theodore Williams
    Defendant.

ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A) ☒ the appearance of defendant as required; and/or

    (B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. ☒ Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Extensive criminal history and current allegations_

(B) ☒ Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_Unknown background; current allegations; Prior parole revocations; Failure to appear_

IT IS ORDERED that defendant be detained.

DATED: September 28, 2018

_/s/ John E. McDermott_
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE